**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
*kevin.maggio@usdoj.gov*

*Main: (856) 757-5026*
*Direct: (973) 986-6708*
*Fax: (856) 968-4917*

August 19, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court, D.N.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Chandan Cando v. Borgen*, No. 26-cv-10554 (CCC)**
**Petitioner's Release from ICE Custody**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from its custody today, August 19, 2026, at approximately 11:50 a.m. We therefore respectfully request that the Court close this matter and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/20/2026